# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
————
Telephone (212) 209-3933
Facsimile (212) 209-7102

September 8, 2022

> Application GRANTED. The initial pretrial conference scheduled for September 15, 2022, is ADJOURNED *sine die*. The Court will issue a new scheduling order if necessary after the September 30, 2022 deadline. The Clerk of Court is directed to terminate ECF No. 20.
>
> SO ORDERED
>
> /s/ Jesse M. Furman
>
> September 8, 2022

**BY ECF**

Hon. Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Urgiles v. The Padded Wagon of New Jersey Inc., et al.*
      Case No. 22-CV-4939 (JMF) (SLC)

Dear Judge Furman,

We are counsel to the plaintiff in the above-referenced matter. An initial pretrial conference is scheduled before Your Honor on September 15, 2022 at 4:30 p.m. However, because the parties remain in the process of trying to determine whether the current corporation and individuals are proper defendants, which may ultimately necessitate plaintiff to amend the pleading to add additional persons and entities, the parties believe that it is appropriate to adjourn the conference until that process is complete. Accordingly, please accept this letter as the parties' joint request to adjourn the conference until after the defendants' September 30, 2022 deadline to respond to the complaint.

No prior request for similar relief has been made and no other dates would be affected.

We thank the Court for considering this application.

Respectfully submitted,

/s/ *Justin Cilenti*
Justin Cilenti

cc: John P. Lacey, Esq. (by ECF)