**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CAROLOS URGILES, on behalf of himself and others similarly situated,
Plaintiff,

vs.

THE PADDED WAGON OF NEW JERSEY INC., THE PADDED WAGON INC., JOHN CECERE, EDMOND DOWLING, and JOHN DOES 1-5,
Defendants.

Index No. 22-cv-4939(JMF)(SLC)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED that any and all claims against Defendants, The Padded Wagon of New Jersey Inc., The Padded Wagon Inc., John Cecere, and Edmond Dowling, arising out of the above referenced matter are hereby dismissed without prejudice and without costs any party.

CILENTI & COOPER, PLLC
Attorneys for Plaintiff

Date: October 14, 2022

By: /s/ Justin Cilenti
JUSTIN CILENTI

CONNELL FOLEY LLP
Attorneys for Defendants,
The Padded Wagon of New Jersey Inc., John Cecere and Edmond Dowling

By: John Lacey
JOHN P. LACEY
LAUREN F. IANNACCONE

Dated: October 14, 2022

Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case. SO ORDERED.

October 19, 2022

6670773-1